JOHN P. GRIER, an Infant, etc., Respondent, v. THE H. H. FRANKLIN MANUFACTURING COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.— Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOHN STURIALE and Another, Respondents, v.` FERDINANDO NOTO and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CLARENCE STINE, Respondent, v. WILLIAM DENISON and Another, Appellants.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Estate of ELIZABETH DURFEE, Deceased.— Appeal dismissed unless appellant shall file and serve printed records and printed briefs by February first. Present — Sears, P. J., Crouch, Taylor Edgcomb and Thompson, JJ.

REVA S. HILLIGAS, an Infant, etc., Appellant, v. FREDERICK HILLIGAS and Another, Respondents.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs by March first. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THOMAS MANIKAS, Respondent, v. CONSTANTINE BASIL and Others, Appellants. — Appeal dismissed unless appellants shall file and serve printed papers and printed briefs by March first. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EMIL SZABO and Another, Appellants, v. HELEN ROGALSKI, Respondent.— Appeal dismissed unless appellants shall file and serve printed briefs by January thirty-first. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

GEORGE W. VAN STONE, Appellant, v. MAX ANDREWS, Respondent.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs by March first. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

T. S. SOUTHGATE, Doing Business under the Name of SOUTHGATE PRODUCE COMPANY, Appellant, v. EBER BROTHERS & COMPANY, INCORPORATED, Respondent.— Order entered substituting D. M. Thornton and Mary Ward Pender, as administrators, etc., of T. S. Southgate, as plaintiff, appellant, in the place and stead of T. S. Southgate, deceased. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Appointment of Two Trustees of the City and County Hall for the Use of the City of Buffalo and County of Erie, in the Place of SOLOMON F. SCHEU and ARTHUR F. HUMBERT, Whose Terms of Office Expired November 22, 1928.— Order entered appointing Solomon F. Scheu and Arthur F. Humbert as trustees of the city and county hall for the use of the city of Buffalo and the county of Erie, each for a term of six years ending November 22, 1934. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.